# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BERTHINIA S. WILLIAMS,

    Plaintiff,

v.

BELLAGIO HOTEL & CASINO,

    Defendant.

Case No. 2:23-cv-00325-JAD-DJA

**ORDER**

    The parties were ordered to submit a confidential written evaluation statement to the undersigned's box in the Clerk's Office no later than 3:00 P.M. on May 12, 2023. Docket No. 7 at 3. To date, Plaintiff has not submitted her confidential written evaluation statement. Plaintiff is **ORDERED** to submit her confidential written evaluation statement to the undersigned's box in the Clerk's Office no later than 1:00 P.M. on May 18, 2023.

    IT IS SO ORDERED.

    Dated: May 15, 2023

                                                           _____
                                                            Nancy J. Koppe
                                                            United States Magistrate Judge