# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BERTHINIA S. WILLIAMS,

     Plaintiff,

v.

BELLAGIO HOTEL & CASINO,

     Defendant.

Case No. 2:23-cv-00325-JAD-DJA

**ORDER**

     The parties were ordered to submit a confidential written evaluation statement to the undersigned's box in the Clerk's Office no later than 3:00 P.M. on May 12, 2023.  Docket No. 7 at 3.  Plaintiff failed to do so, and the Court again ordered her to submit a confidential written evaluation statement no later than 1:00 P.M. on May 18, 2023.  Docket No. 16.  Plaintiff has not submitted a confidential evaluation statement and the deadline to do so has now passed.  Accordingly, the Court **VACATES** the early neutral evaluation scheduled for 10:00 A.M. on May 19, 2023.

     IT IS SO ORDERED.

     Dated: May 18, 2023

Nancy J. Koppe
United States Magistrate Judge

1