# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| Berthinia S. Williams, | Case No. 2:23-cv-00325-JAD-DJA |
|---|---|
| Plaintiffs, | |
| v. | **Order** |
| Bellagio LLC, | |
| Defendant. | |

Before the Court is Defendant's motion to stay discovery. (ECF No. 33). Plaintiff did not file a response to the motion, constituting her consent to the Court granting it under Local Rule 7-2(d). Considering the good cause standard outlined in *Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 (D. Nev. Oct. 14, 2021), the Court finds that a stay of discovery is appropriate here.

**IT IS THEREFORE ORDERED** that the motion to stay discovery (ECF No. 33) is **granted.** The Clerk of Court is kindly directed to send this order to Plaintiff.

DATED: March 15, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE